**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LACEDRIC WILLIAM JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT FRAUENHEIM, et al.,<br><br>Defendants. | Case No. 1:18-cv-01477-AWI-BAM (PC)<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR SCREENING<br><br>(ECF No. 9) |

Plaintiff LaCedric William Johnson is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 17, 2019, the Court granted Plaintiff's motion to add a party, screened Plaintiff's complaint, and directed Plaintiff to file either a first amended complaint or a written notice that he is willing to proceed only on the claims found to be cognizable by the Court, within thirty (30) days from the date of service of the order. (ECF No. 8.)

Currently before the Court is Plaintiff's motion for screening, filed on October 24, 2019. (ECF No. 9.) In his motion, Plaintiff requests that the Court screen his complaint as soon as practicable because, as of October 21, 2019, he has yet to receive a screening order even though he filed his complaint in October 2018.

However, it appears that Plaintiff's motion for screening has crossed in the mail with the Court's October 17, 2019 screening order. Therefore, Plaintiff's motion for screening, (ECF No.

9), is HEREBY DENIED as moot because the Court has already screened Plaintiff's complaint. Plaintiff's first amended complaint or Plaintiff's written notice of his willingness to proceed only on the claims found cognizable by the Court remains due on or before November 19, 2019.

IT IS SO ORDERED.

Dated: **October 25, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE