# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRAUENHEIM, *et al.*,<br><br>　　　　Defendants. | Case No. 1:18-cv-01477-AWI-BAM (PC)<br><br>ORDER VACATING AUGUST 24, 2020 DISCOVERY AND SCHEDULING ORDER AS ISSUED IN ERROR<br>(ECF No. 33)<br><br>ORDER DIRECTING DEFENDANTS TO FILE RESPONSIVE PLEADING<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

　　　Plaintiff William Johnson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against: (1) Defendants Santos, Leon, Benavides, Hill, Salas, Luna, Lopez, Kennedy, Bejinez, and Trinidad for excessive force; (2) Defendants Salas, Bejinez, Trinidad, and Deshazo for violation of Plaintiff's First Amendment right to free exercise of religion; (3) Defendants Deshazo, Bejinez, Trinidad, and Benavides for unconstitutional conditions of confinement; (4) Defendants Benavides, Bejinez, Deshazo, Hoggard, and Trinidad for deliberate indifference to serious medical needs; and (5) Defendants Espinoza, Luna, and Newton for failure to intervene.

　　On August 20, 2020, the Court denied Defendants' motion to dismiss. (ECF No. 32.) On August 24, 2020, a Discovery and Scheduling Order was issued in error. (ECF No. 33.)

　　　Accordingly, IT IS HEREBY ORDERED as follows:

1. The Discovery and Scheduling Order issued on August 24, 2020, (ECF No. 33), is VACATED as issued in error;

1

2. Defendants shall file an answer to Plaintiff's complaint within **twenty-one (21) days** from the date of service of this order.

IT IS SO ORDERED.

Dated: __August 25, 2020__             /s/ *Barbara A. McAuliffe*             _
UNITED STATES MAGISTRATE JUDGE