# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LACEDRIC WILLIAM JOHNSON,** | CASE NO. 1:18-cv-01477-AWI-BAM (PC) |
| **Plaintiff,** | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO AMEND, AND DISMISSING CERTAIN DEFENDANTS |
| v. | |
| **FRAUENHEIM, et al.,** | |
| **Defendants.** | (Doc. No. 45) |

Plaintiff LaCedric William Johnson is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 1, 2021, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's motion to amend (Doc. No. 42) be granted in part and denied in part. Doc. No. 45. Specifically, the magistrate judge recommended that the claims against Defendants M. Ramirez and D. Erickson should remain dismissed, leave to amend the complaint to reassert claims against Defendants Ramirez and Erickson should be denied, and leave to amend the complaint should otherwise be granted. Id. at 7–8. The magistrate judge further recommended that the Clerk of the Court be directed to file the lodged first-amended complaint, (Doc. No. 43), and Defendants' request for screening the first-amended complaint be granted. Doc. No. 45 at 8. The findings and recommendations were served on the parties and contained notice that any objections were to be filed within fourteen days after service. Id. No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes that the

findings and recommendations are supported by the record and proper analysis.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (Doc. No. 45) that were issued on September 1, 2021, are ADOPTED in full;

2. Plaintiff's motion to amend (Doc. No. 42) is GRANTED in part and DENIED in part as follows:

    a. The claims against Defendants M. Ramirez and D. Erickson under 42 U.S.C. § 1983 remain dismissed;

    b. Leave to amend the complaint to reassert § 1983 claims against M. Ramirez and D. Erickson is denied; and

    c. Leave to amend the complaint is otherwise granted;

3. The Clerk of the Court is directed to FILE the lodged first-amended complaint (Doc. No. 43); and

4. This action is REFERRED BACK to the magistrate judge for proceedings consistent with this order, including screening the first-amended complaint.

IT IS SO ORDERED.

Dated:   September 27, 2021                         _____
                                                                                 SENIOR DISTRICT JUDGE