1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEDRIC WILLIAM JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRAUENHEIM, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01477-AWI-BAM (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE RESPONSIVE PLEADING<br><br>**FORTY-FIVE (45) DAY DEADLINE** |

　　　　Plaintiff LaCedric William Johnson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

　　　　On November 10, 2021, the Court screened the first amended complaint and issued findings and recommendations that this action proceed on the following cognizable claims: (1) for excessive force against Defendants Correctional Officer M. Santos, Correctional Officer W. Leon, Correctional Sergeant J. Benavides, Correctional Officer S. Espinoza, Correctional Officer J. Hill, Correctional Officer A. Salas, Correctional Officer G. Luna, Correctional Officer S. Lopez, Correctional Officer C. Kennedy, Correctional Officer J. Bejinez, and Correctional Officer E. Trinidad; (2) for violation of Plaintiff's First Amendment right to free exercise of religion against Defendants Correctional Officer A. Salas, Correctional Officer J. Bejinez, Correctional Officer E. Trinidad, and Correctional Officer S. Deshazo; (3) for unconstitutional conditions of confinement against Defendants Correctional Officer S. Deshazo, Correctional

1  Officer J. Bejinez, Correctional Officer E. Trinidad, and Correctional Sergeant J. Benavides;
2  (4) for deliberate indifference to serious medical needs against Defendants Correctional Officer J.
3  Bejinez, Correctional Officer S. Deshazo, and Correctional Officer E. Trinidad; and (5) for failure
4  to intervene against Defendants Correctional Officer S. Espinoza, Correctional Officer G. Luna,
5  Correctional Officer W. Leon, and Correctional Officer R. Newton.  (ECF No. 48.)  The
6  undersigned further recommended that all other claims and defendants be dismissed, with
7  prejudice, based on Plaintiff's failure to state claims upon which relief may be granted.  (*Id.* at
8  26.)

9  Plaintiff filed objections on November 16, 2021, and on December 17, 2021, the assigned
10 District Judge adopted the findings and recommendations in full.  (ECF No. 51).

11 This action now proceeds against Defendants Santos, Leon, Benavides, Espinoza, Hill,
12 Salas, Luna, Lopez, Kennedy, Bejinez, Trinidad, Deshazo, and Newton as stated above.

13 Accordingly, IT IS HEREBY ORDERED that Defendants' response to the first amended
14 complaint, filed September 27, 2021, is due within **forty-five (45) days** from the date of service
15 of this order.

IT IS SO ORDERED.

Dated:   **December 20, 2021**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE