# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEDRIC WILLIAM JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>SCOTT FRAUENHEIM, et al.,<br><br>  Defendants. | Case No. 1:18-cv-01477-AWI-BAM<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 42)<br><br>**DEADLINE: May 27, 2022** |

This action was filed on October 26, 2018. (ECF No. 1.) On April 27, 2022, the parties appeared for a settlement conference before the Honorable Stanley A. Boone and reached a settlement agreement. (See ECF No. 61.)

Generally, pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). Here, the Court finds good cause exists to permit a brief extension such that the dispositional documents may be filed within thirty days. The parties are advised that no further extensions of time shall be granted absent a showing of good cause, and are reminded that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions." Id. (citing E.D. Cal. L.R. 272). Further, the parties are advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, the Court does not retain jurisdiction to oversee that the parties comply with the terms of the settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents no later than **May 27, 2022**.

IT IS SO ORDERED.

Dated:  **April 27, 2022**

UNITED STATES MAGISTRATE JUDGE