UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEDRIC WILLIAM JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRAUENHEIM, *et al.*,<br><br>　　　　　Defendants. | Case No.: 1:18-cv-01477-AWI-BAM (PC)<br><br>ORDER THAT INMATE LACEDRIC WILLIAM JOHNSON IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　　　Plaintiff LaCedric William Johnson is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　A video settlement conference in this matter commenced on April 27, 2022.  Inmate LaCedric William Johnson, CDCR #H-28940, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **April 27, 2022**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE